NUMBER
13-11-00356-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

CITY OF MCALLEN,
TEXAS,                                                         Appellant,

 

                                                             v.

 

MCALLEN POLICE
OFFICERS UNION,                                        Appellee. 

____________________________________________________________

 

                              On
Appeal from the 93rd District Court 

                                        of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
City of McAllen, Texas, filed an appeal from a judgment entered by the 93rd
District Court of Hidalgo County, Texas, in cause number C-3039-10-B. 
Appellant has filed a motion to dismiss the appeal on grounds that appellees
have filed a notice of nonsuit in the trial court which has been granted,
rendering this appeal moot.  Appellant requests that this Court dismiss the
appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

21st day of July, 2011.